Hon. Richard A. Jones

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

UNITED STATES OF AMERICA,

Plaintiff

v.

CLINT SCHLOTFELDT,

Defendant.

NO. CR20-217 RAJ

**ORDER TERMINATING DEFENDANT'S PARTICIPATION IN DREAM PROGRAM AND DISMISSING CRIMINAL CHARGES BASED ON SUCCESSFUL COMPLETION OF DREAM PROGRAM**

On February 28, 2023, the Defendant entered a guilty plea to Count 3 of the second superseding Indictment charging him with conspiring to commit money laundering. Dkt. 568. The plea was entered pursuant to a plea agreement. Dkt. 571. Subsequent to entry of the guilty plea, the Defendant was accepted to participate in the Drug Reentry Alternative Model (DREAM) program. Dkt. 598. The Defendant executed a contract memorializing his acceptance and participation in the program. Dkt. 599.

The DREAM Executive Review Team, including the undersigned United States District Judge, have determined that the Defendant has successfully complied with the program requirements set forth in the DREAM contract. Having made this determination, the Court hereby orders that:

1.  Defendant's participation in the DREAM program is terminated;

ORDER TERMINATING DEFENDANT'S PARTICIPATION
IN DREAM PROGRAM AND DISMISSING CHARGES
*United States v. Schlotfeldt*/CR20-217 RAJ - 1

1
2
3
4

2. On Defendant's request, his previously entered guilty plea is withdrawn pursuant to Federal Rule of Criminal Procedure 11(d)(2)(B), with the Court finding a fair and just reason having been demonstrated by Defendant's successful completion of the DREAM program; and

5
6
7
8

3. On motion of the government under Federal Rule of Criminal Procedure 48(a), the criminal charges filed against the Defendant in the above-captioned case are dismissed with prejudice with good cause having been shown by Defendant's successful completion of the DREAM program.

9

10    DATED this 22nd day of March, 2024.

11

12

13

14    The Honorable Richard A. Jones
      United States District Judge
15    Western District of Washington
16    DREAM Judicial Officer

17

18

19

20

21

22

23

24

25

26

27

28

ORDER TERMINATING DEFENDANT'S PARTICIPATION
IN DREAM PROGRAM AND DISMISSING CHARGES
*United States v. Schlotfeldt*/CR20-217 RAJ - 2